

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2022

No. 04-21-00325-CV

**ISI CONTRACTING, INC.** and Guerra Construction,
Appellants

v.

Naomi **MARKHAM**; Carrie Markham; and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01166
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

The panel has considered Appellees' motion for rehearing; the motion is denied. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court